

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

March 30, 2023

U.S. Magistrate Judge Arlene R. Lindsay
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

**Re:** ***Kohan v. Persian Grill Corp. d/b/a Ravagh Persian Grill and 210 Mineola Avenue, LLC,
EDNY Index No. 2:22-cv-07609-EK-ARL***

Dear Magistrate Judge Lindsay:

We represent the Plaintiff Gilda Kohan ("Plaintiff") in connection with the above-referenced action. We are pleased to inform the Court that the above referenced action has been settled and that the parties are in the process of fulfilling the terms of their settlement. Respectfully, we are requesting together with Defendants Persian Grill Corp. d/b/a Ravagh Persian Grill and 210 Mineola Avenue, LLC a stay of all deadlines and conferences for a period of thirty (30) days so that the parties can fulfil the terms of the confidential settlement agreement and discontinue this action.

We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

/s/ Erik M. Bashian, Esq.
_____
Erik M. Bashian, Esq.

cc: Adam I. Kleinberg (via CM/ECF)