UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| GILDA KOHAN, | CASE NO.: 2:22-cv-07609 (EK)(ARL) |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| PERSIAN GRILL CORP. d/b/a Ravagh Persian Grill, and 210 MINEOLA AVENUE LLC, | |
| Defendants. | |

---------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Gilda Kohan ("Plaintiff") and Defendants PERSIAN GRILL CORP. d/b/a Ravagh Persian Grill, and 210 MINEOLA AVENUE LLC, through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  Garden City, New York
        March 7, 2023

| BASHIAN & PAPANTONIOU, P.C | SOKOLOFF STERN LLP |
|---|---|
| By: | By: |
| */s/ Erik M. Bashian, Esq.* | */s/ Adam I. Kleinberg, Esq.* |
| Erik M. Bashian, Esq. | Adam I. Kleinberg, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 500 Old Country Road, Suite 302 | 179 Westbury Avenue |
| Garden City, NY 11530 | Carle Place, NY 11514 |
| (516) 279-1555 | (516) 334-4500 |
| Email: eb@bashpaplaw.com | Email: akleinberg@sokoloffstern.com |

**SO ORDERED:**

_____
U.S.D.J.

98905v3